| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Matz, Howard A. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>312 N. Spring St., Room 170<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

---

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustor and Co-Trustee | Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Matz, Howard A.

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. State Bar of California | November 12-13, 2009 | Dana Point, California | Recipient of Award | Reimbursement for food and lodging, $600.00 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  TRUST NO. 3 | D | Dividend | O | T | | | | | |
| 2.  AllianceBernstein Tax Mged | | | | | Buy | 1/5 | J | | |
| 3.  AllianceBernstein Tax Mged | | | | | Sold | 1/8 | J | A | |
| 4.  AllianceBernstein Tax Mged | | | | | Sold | 1/30 | J | A | |
| 5.  AllianceBernstein Tax Mged | | | | | Sold | 2/27 | J | B | |
| 6.  AllianceBernstein Tax Mged | | | | | Sold | 3/31 | J | D | |
| 7.  AllianceBernstein Tax Mged | | | | | Sold | 4/7 | J | A | |
| 8.  AllianceBernstein Tax Mged | | | | | Sold | 4/30 | J | A | |
| 9.  AllianceBernstein Tax Mged | | | | | Sold | 5/29 | J | A | |
| 10.  AllianceBernstein Tax Mged | | | | | Sold | 6/30 | J | A | |
| 11.  AllianceBernstein Tax Mged | | | | | Sold | 7/13 | J | A | |
| 12.  AllianceBernstein Tax Mged | | | | | Sold | 7/31 | J | A | |
| 13.  AllianceBernstein Tax Mged | | | | | Sold | 8/31 | J | A | |
| 14.  AllianceBernstein Tax Mged | | | | | Sold | 9/4 | L | E | |
| 15.  AllianceBernstein Tax Mged | | | | | Sold | 10/21 | J | A | |
| 16.  AllianceBernstein Tax Mged | | | | | Buy | 12/22 | J | | |
| 17.  Bernstein California Municipal Portfolio | | | | | Sold | 1/8 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | | (2) | | | | | (4) | |
|---|---|---|---|---|---|---|---|---|
| 19. | Bernstein California Municipal Portfolio | | | | | Sold | 7/13 | J | A |
| 20. | Bernstein California Municipal Portfolio | | | | | Sold | 9/3 | L | D |
| 21. | IRA ONE | B | Dividend | M | T | | | | |
| 22. | Alliance Bernstein Wealth Apprec | | | | | Sold | 1/8 | J | A |
| 23. | Alliance Bernstein Wealth Apprec | | | | | Sold | 4/7 | J | A |
| 24. | Alliance Bernstein Wealth Apprec | | | | | Buy | 3/17 | J | |
| 25. | Alliance Bernstein Wealth Apprec | | | | | Buy | 3/23 | J | |
| 26. | Alliance Bernstein Wealth Apprec | | | | | Sold | 7/12 | J | A |
| 27. | Alliance Bernstein Wealth Apprec | | | | | Sold | 10/21 | J | A |
| 28. | Alliance Bernstein Wealth Apprec | | | | | Buy | 12/21 | J | |
| 29. | IRA TWO | B | Dividend | M | T | | | | |
| 30. | Alliance Bernstein Wealth Apprec | | | | | Sold | 1/8 | J | A |
| 31. | Alliance Bernstein Wealth Apprec | | | | | Buy | 3/17 | J | |
| 32. | Alliance Bernstein Wealth Apprec | | | | | Sold | 4/7 | J | A |
| 33. | Alliance Bernstein Wealth Apprec | | | | | Sold | 7/13 | J | A |
| 34. | Alliance Bernstein Wealth Apprec | | | | | Sold | 10/21 | J | A |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only) S =Assessment                T =Cash Market
   (See Column C2)              U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Alliance Bernstein Wealth Apprec | | | | | Buy | 12/21 | J | | |
| 36. TRUST ONE | D | Dividend | N | T | | | | | |
| 37. Allianz Occ Opport. | | | | | | | | | |
| 38. Artisan Intl. Fund | | | | | | | | | |
| 39. AT&T | | | | | Sold | 9/2 | J | | |
| 40. Black Rock Equity Dividend Fund | | | | | | | | | |
| 41. Comcast Corp | | | | | Sold | 9/2 | J | | |
| 42. Fidelity Advisor Mid Cap III | | | | | Sold | 5/28 | J | B | |
| 43. Fidelity Floating Rate High Income | | | | | Buy | 1/23 | J | | |
| 44. Fidelity Floating Rate High Income | | | | | Sold | 5/15 | J | A | |
| 45. General Electric | | | | | | | | | |
| 46. Goldman Sachs Small Cap Value Institutional | | | | | Sold | 6/18 | J | A | |
| 47. Harbor Capital Appreciation | | | | | Sold | 2/18 | J | A | |
| 48. Harbor International Fund | | | | | Sold | 7/1 | J | A | |
| 49. JP Morgan Mid. Cap Value | | | | | | | | | |
| 50. Merger Fund | | | | | | | | | |
| 51. Morgan Stanley Inst. Emerging Markets | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Permanent Portfolio | | | | | Sold | 1/22 | J | A | |
| 53. Permanent Portfolio | | | | | Sold | 5/15 | J | A | |
| 54. Schwab Money Fund | | | | | | | | | |
| 55. Selected American Shares | | | | | | | | | |
| 56. SPDR S&P Int'l Small Cap | | | | | Sold | 6/1 | J | A | |
| 57. Verizon Comm. | | | | | | | | | |
| 58. Walt Disney Co. | | | | | | | | | |
| 59. Fidelity Contra Fund | | | | | Buy | 2/19 | J | | |
| 60. TCW Total Return Bond Fund | | | | | Buy | 5/18 | K | | |
| 61. TCW Total Return Bond Fund | | | | | Sold | 12/14 | K | B | |
| 62. Morgan Stanley Inst. Mid Cap Fund | | | | | Buy | 5/29 | J | | |
| 63. Oakmark International Small Cap Fund | | | | | Buy | 6/3 | J | | |
| 64. ICM Small Company Portfolio | | | | | Buy | 6/19 | J | | |
| 65. Dodge & Cox Intl. Stock Fund | | | | | Buy | 7/2 | J | | |
| 66. Forward Tactical Growth Inst. | | | | | Buy | 12/15 | J | | |
| 67. JP Morgan Strategic Income Fund | | | | | Buy | 12/15 | J | | |
| 68. IRA ROLLOVER | E | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Allianz Occ Opport | | | | | | | | | |
| 70. Artisan International | | | | | | | | | |
| 71. Chesapeake Core Fund | | | | | Sold | 2/19 | L | A | |
| 72. Dodge & Cox Intl. Stock Fund | | | | | | | | | |
| 73. Dodge & Cox Stock Fund | | | | | Sold | 2/2 | L | A | |
| 74. Fidelity Floating Rate High Income | | | | | Buy | 1/23 | K | | |
| 75. Fidelity Floating Rate High Income | | | | | Buy | 4/29 | K | | |
| 76. Fidelity Floating Rate High Income | | | | | Sold | 5/22 | L | D | |
| 77. Fidelity Floating Rate High Income | | | | | Sold | 6/29 | K | B | |
| 78. ICM Small Company Portfolio | | | | | | | | | |
| 79. JP Morgan Mid-Cap Value Fund | | | | | | | | | |
| 80. Merger Fund | | | | | | | | | |
| 81. MS Inst. Emerging Markets | | | | | | | | | |
| 82. MS Inst. Mid-Cap Growth | | | | | | | | | |
| 83. Oakmark Intl. Small Cap Fund | | | | | | | | | |
| 84. Permanent Portfolio | | | | | Sold | 1/22 | K | A | |
| 85. Permanent Portfolio | | | | | Buy | 4/29 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Permanent Portfolio | | | | | Sold | 5/19 | L | A | |
| 87. Selected American Shares | | | | | | | | | |
| 88. Schwab Money Fund | | | | | | | | | |
| 89. Black Rack Equity Dividend Fund | | | | | Buy | 2/3 | I. | | |
| 90. Fidelity Contra Fund | | | | | Buy | 2/20 | L | | |
| 91. TCW Total Return Bond Fund | | | | | Buy | 5/20 | L | | |
| 92. TCW Total Return Bond Fund | | | | | Buy | 5/26 | L | | |
| 93. TCW Total Return Bond Fund | | | | | Buy | 6/30 | K | | |
| 94. TCW Total Return Bond Fund | | | | | Sold | 12/14 | M | D | |
| 95. Forward Tactical Growth Inst. Fund | | | | | Buy | 12/15 | L | | |
| 96. JP Morgan Strategic Income Fund | | | | | Buy | 12/15 | L | | |
| 97. TRUST NO. TWO | E | Interest | O | T | | | | | |
| 98. Oppenheimer M/M | | | | | | | | | |
| 99. Whittier CA Bon | | | | | | | | | |
| 100. Calif. St G/O Bond 2035 | | | | | | | | | |
| 101. Contra Costa LA Bond | | | | | | | | | |
| 102. Hayward CA Bond | | | | | Redeemed | 8/3 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Calif. St G/O 2033 | | | | | | | | | |
| 104. CA Edl Fac Bond | | | | | | | | | |
| 105. San Bernardino Bond | | | | | | | | | |
| 106. Cal St G/O Bond 2015 | | | | | | | | | |
| 107. Torrance CA Bond | | | | | | | | | |
| 108. Capistrano CA Bond | | | | | | | | | |
| 109. South Tahoe | | | | | Buy | 8/5 | K | | |
| 110. Bonita Canyon CA Bond | | | | | | | | | |
| 111. Cerritos CA Bond | | | | | | | | | |
| 112. Willis CA Bond | | | | | | | | | |
| 113. Cupertino CA Bond | | | | | | | | | |
| 114. Calif. HPA (Purchase 2005) | | | | | Redeemed | 12/1 | K | A | |
| 115. Calif. Stwde 5/.75% (State Water Dev.) | | | | | | | | | |
| 116. Calif. HFA 5.975% | | | | | | | | | |
| 117. Bell Gardens 5% | | | | | | | | | |
| 118. TRUST NO. 6 | B | Interest | L | T | | | | | |
| 119. TIAA-CREF | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Israel Bonds | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Matz, Howard A. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ___  ___ ___

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544